USDC SCAN INDEX SHEET










```
BAR    10/21/04    14:12
3:04-CV-01685    COUNTY OF SAN DIEGO V. SEMPRA ENERGY
*8*
*O.*
```

**A CERTIFIED TRUE COPY**
SEP 24 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
OCT 21 2004

___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1566

'04 SEP 30 P 2:13
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION**

*County of San Diego v. Sempra Energy, Inc., et al.,* S.D. California, C.A. No. 3:04-1685
*County of Santa Clara v. Sempra Energy, Inc., et al.,* S.D. California, C.A. No. 3:04-1686

### CONDITIONAL TRANSFER ORDER (CTO-5)

On November 6, 2003, the Panel transferred seven civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, six additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of November 6, 2003, 290 F.Supp.2d 1376 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

04CV1685 JM(BLM)

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 24 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

ENTERED ON 10/21/04

Michael J. Beck
Clerk of the Panel

I hereby attest and certify on 10/7/04
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By_____ Deputy Clerk



# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

September 24, 2004

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Re: MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

*County of San Diego v. Sempra Energy, Inc., et al.,* S.D. California, C.A. No. 3:04-1685
*County of Santa Clara v. Sempra Energy, Inc., et al.,* S.D. California, C.A. No. 3:04-1686

Dear Mr. Wilson:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the above-captioned actions on <u>September 8, 2004</u>. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
        Deputy Clerk

Attachments

cc: Transferee Judge:    Judge Philip M. Pro
    Transferor Judges:   Judge Napoleon A. Jones, Jr.; Judge Jeffrey T. Miller
    Transferor Clerk:    W. Samuel Hamrick, Jr.

JPML Form 38

## INVOLVED COUNSEL LIST (CTO-5)
## DOCKET NO. 1566
## IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION

Joseph W. Cotchett
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Mark E. Haddad
Sidley, Austin, Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Christopher J. Healey
Luce, Forward, Hamilton & Scripps
600 West Broadway
Suite 2600
San Diego, CA 92101-3372

John L. Hendricks
Akin, Gump, Strauss, Hauer & Feld, LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201-4675

Michael J. Kass
Pillsbury Winthrop, LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880

Richard P. Levy
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Joshua D. Lichtman
Fulbright & Jaworski, LLP
865 South Figueroa Street
29th Floor
Los Angeles, CA 90017-2571

Charles A. Moore
LeBoeuf, Lamb, Greene & MacRae
1000 Main Street
Suite 2550
Houston, TX 77002

Mark Robeck
Baker & Botts
910 Louisiana Street
Suite 3600
Houston, TX 77002

Robert A. Sacks
Sullivan & Cromwell
1888 Century Park East
Suite 2100
Los Angeles, CA 90067-1725

Alan Yudkowski
Stroock, Stroock & Lavan, L.L.P.
2029 Century Park East
Suite 1800
Los Angeles, CA 90067

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1566

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION

County of San Diego v. Sempra Energy, Inc., et al., S.D. California, C.A. No. 3:04-1685
County of Santa Clara v. Sempra Energy, Inc., et al., S.D. California, C.A. No. 3:04-1686

### CONDITIONAL TRANSFER ORDER (CTO-5)

On November 6, 2003, the Panel transferred seven civil actions to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, six additional actions have been transferred to the District of Nevada. With the consent of that court, all such actions have been assigned to the Honorable Philip M. Pro.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Nevada and assigned to Judge Pro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of November 6, 2003, 290 F.Supp.2d 1376 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Philip M. Pro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 24 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
**CLERK OF COURT**

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

LINDA LEA SHARER
CHIEF DEPUTY, RENO

October 7, 2004

Robert E. Westdal, Clerk of the Court
Southern District of California
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

**IN RE: MDL 1566 WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the below referenced civil action(s) to this district under 28 U.S.C. Section 1407.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer to our civil action number.

| **TITLE OF CASE** | **Your Case Number** | **Our Case Number** |
|---|---|---|
| **County of San Diego v. Sempra Energy, et al** | C.A. No. 3:04-1685 | CV-S-04-1388-PMP(PAL) |
| **County of Santa Clara v. Sempra Energy, et al** | C.A. No. 3:04-1686 | CV-S-04-1389-PMP(PAL) |

Sincerely,

LANCE S. WILSON, Clerk
US DISTRICT COURT

Enclosure:

By *Grace Walters*
Grace Walters, Deputy Clerk

cc: Michael Beck, Clerk of the Panel
 (See attorney service list)

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

October 21, 2004

Office of the Clerk
United States District Court
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Re: County of San Diego v. Sempra Energy et. Al.,, Case No. 3:04cv1685JM(BLM)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____
Beverly Robinson, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: _____, Deputy